IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.

JAKEITH BUCK

Case No.: 5:19-MJ-00035

Filed at 9:53 AM
8-13, 2019

## MOTION TO QUASH GRAND JURY SUBPOENA

NOW COMES, **JAKEITH BUCK**, Grand Jury Witness, by and through his undersigned counsel and respectfully moves this Court to quash that grand jury subpoena directed to Mr. Buck. In support thereof, Mr. Buck states as follows:

1. On or about July 9, 2019, Mr. Buck appeared under subpoena and invoked his Fifth Amendment Privilege.

2. On or about July 12, 2019, the undersigned counsel was appointed to represent Mr. Buck.

3. The government seeks to compel Mr. Buck's testimony for an improper purpose because any testimony elicited would, on information and belief, be an arbitrary fishing expedition, entirely cumulative and unnecessary for the grand jury to return an indictment, which tends to give the appearance that the government has targeted Mr. Buck out of malice or an intent to harass or was issued for the sole or dominant purpose of collecting additional evidence.

4. Further, any grant of involuntary immunity does not adequately protect Mr. Buck, because, based on information and belief, Mr. Buck may be a potential subject of the grand jury investigation and there is a potential for the government or some other agency to use Mr. Buck's testimony against him in a subsequent indictment and/or subsequent proceedings.

WHEREFORE, the Mr. Buck respectfully moves the Court to enter its order quashing the grand jury subpoena and deny the government's motion to compel Mr. Buck's testimony before the grand jury.

Respectfully submitted this 13th day of August, 2019.

BY: /s/ Tabitha Payne
Tabitha Payne, State Bar No. 163730
Attorney for GJ Witness Buck
BELL/PAYNE, LLC
Post Office Box 45, Whigham, Georgia 39897
Tel: (229) 762-4000
Fax: (229) 762-4010
Email: tabitha@bellpayne.com

# CERTIFICATE OF SERVICE

I, Tabitha Payne, hereby certify that on August 13, 2019, I hand delivered in open court the foregoing *Motion to Quash Grand Jury Subpoena* with the Clerk of Court.

Respectfully submitted this 13th day of August, 2019.

        BELL/PAYNE, LLC

        /s/ Tabitha Payne
        Tabitha Payne
        Attorney for GJ Witness Buck
        State Bar No. 163730
        102 West Broad Avenue
        Post Office Box 45
        Whigham, Georgia 39897
        Tel: (229) 762-4000
        Fax: (229) 762-4010
        Email: tabitha@bellpayne.com